UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ROBERT PHILLIP BENAVIDES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:06-CV-133 PS |
| | ) | |
| EDDIE BUSS, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

On February 17, 2006, Robert Phillip Benavides, a *pro se* prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his petition, Benavides challenged a guilty finding by the Conduct Adjustment Board ("CAB") at the Indiana State Prison in case ISP 05-11-0196. On April 19, 2007, the court issued an order on Benavides' petition. The court denied Benavides' petition with regards to his claim that he was denied videotape evidence and with regards to his claim that his hearing was not held within the required time limit. However, because there were questions of fact that existed, the court took under advisement Benavides' claim that he was denied a witness statement. Pursuant to *Johnson v. Finnan*, 467 F.3d 693, 695 (7th Cir. 2006), the court then set this matter for an in-court hearing on July 20, 2007 to address this claim. On April 30, 2007, the respondent filed a motion to dismiss, asserting that after reviewing the case, he had dismissed all charges and sanctions against Benavides.  As of this date, Benavides has not filed a response to the respondent's motion to dismiss.

According to the respondent's motion, all charges against Benavides have been dismissed. (docket # 29-2). In addition, all sanctions resulting from ISP 05-11-0196 have been rescinded and this matter has been expunged from Benavides' record. (docket # 29-2). As a

result, because the sanctions have been rescinded, there are no longer sanctions for Benavides to challenge in the habeas corpus proceeding. Consequently, because this action is now moot, the respondent's motion to dismiss the petition (docket # 28) is **GRANTED**. The hearing set for July 20, 2007 is now **VACATED**. Because the presence of James W. Byers and Robert Phillip Benavides is no longer required on July 20, 2007, the Superintendent of the Wabash Valley Correctional Facility and the Superintendent of the Westville Correctional Facility are relieved of the orders to produce the prisoners on July 20, 2007. The clerk is **DIRECTED** to send a copy of this order to the Superintendent of the Wabash Valley Correctional Facility and the Superintendent of the Westville Correctional Facility.

    **SO ORDERED**.

    ENTERED: May 21, 2007.

                                                  s/ Philip P. Simon  
                                                  PHILIP P. SIMON, JUDGE  
                                                  UNITED STATES DISTRICT COURT